UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE MARIE MARKS,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. 1:26-cv-00541-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

Pending before the Court is the stipulated request of Plaintiff Kellie Marie Marks to extend the deadline to file a motion for summary judgment, from April 22, 2026, through and including June 22, 2026.  (Doc. 12).  In support, the parties represent that Plaintiff's counsel has 25 briefs due during the weeks of April 13 and April 20, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **June 22, 2026**.  The opposition and optional reply shall be filed consistent with the Court's scheduling order.  (Doc. 5).

IT IS SO ORDERED.

Dated:   **March 27, 2026**   _____

UNITED STATES MAGISTRATE JUDGE