UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE MARIE MARKS, | Case No. 1:26-cv-00541-JLT-CDB (SS) |
| Plaintiff, | ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 14) |
| Defendant. | |

On March 27, 2026, the Court granted the stipulated request of Plaintiff Kellie Marie Marks to extend the deadline to file a motion for summary judgment. (Doc. 13). Pending before the Court is the second stipulated request of Plaintiff to extend the deadline to file a motion for summary judgment, from June 22, 2026, through and including July 24, 2026. (Doc. 14). In support, the parties represent that Plaintiff's counsel has 11 briefs due during the weeks of June 22 and 29, 2026, and requires additional time to brief the issues in this action. *Id.* at 2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **July 24, 2026**. The opposition and optional reply shall be filed consistent with the Court's scheduling order. (Doc. 5). IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE